```
STEVEN L. CRAWFORD #166488
Law Office of Steven L. Crawford
192 North 11th
Grover Beach, CA 93433
Tel: 805-458-6312
Fax: 805-489-2001


Attorney for Defendant
        Silviano Madrigal-Herrera
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>SILVIANO MADRIGAL-HERRERA,<br><br>        Defendant. | Case No. 1:17CR00192 DAD<br><br>STIPULATION AND PROPOSED ORDER TO CONTINUE SENTENCING<br><br>Judge: Honorable DALE A. DROZD |

TO: THE HONORABLE DALE A. DROZD, United States District Court Judge for The Eastern District of California.

    IT IS HEREBY STIPULATED by and between the parties in this action that the current dates set sentencing in this matter be vacated and a new date set for October 28, 2019 at 10 am or as soon thereafter as the court is available.

    This stipulation is needed based on the fact that defense counsel did not receive the draft PSR in this matter and was not able to file Objections or a Sentencing Memorandum and counsel would like to do so. In addition, defense counsel has been coordinating with AUSA Laurel Montoya to have my client debrief pursuant to the safety valve provisions in the USSG. Both parties agree this continuance is necessary in this case to make

- 1 -

sure the Court has all the information it needs to properly sentence this defendant. Lastly, this case involves the newly enacted reform commonly referred to as "First Step Act" and counsel has been working diligent to ensure it is properly utilized or applied in this case.

I believe that time has been waived in this matter but out of an abundance of caution, the defendant, SILVIANO MADRIGAL-HERRERA, hereby waives time for sentencing up to and including the new date of October 28, 2019.

Respectfully submitted,

    /S/ Steven L. Crawford
STEVEN L. CRAWFORD, Attorney for Silviano Madrigal-Herrera

    /s/ Laurel Montoya
Laurel Montoya, Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation the sentencing date in this matter is continued from September 30, 2018 to October 28, 2019, at 10:00 a.m. in the courtroom of the undersigned.

IT IS SO ORDERED.

Dated: **September 27, 2019**

UNITED STATES DISTRICT JUDGE